**Order entered October 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00974-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**AMBER LASHBROOK, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-23860-V**

## ORDER

The clerk's record is overdue in this State's appeal. Accordingly, the Court **ORDERS** the Dallas County District Clerk to file the clerk's record within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk, and to counsel for all parties.

/s/    LANA MYERS
       JUSTICE